SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 6/21/07*

| | |
|---|---|
| AHMAD GHYATH EDDIN SALAHIEH, | No. C 07-1799 RMW |
| Petitioner, | |
| v. | |
| FRANCIS SICILIANO, in his Official Capacity, Officer in Charge, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, San Jose, California; DAVID STILL, in his Official Capacity, District Director, U.S. Department of Homeland Security, Citizenship and Immigration Services, San Francisco, California; EMILIO T. GONZALEZ, in his Official Capacity, Director, United States Citizenship and Immigration Services, Department of Homeland Security; MICHAEL CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; ALBERTO GONZALES, in his Official Capacity, United States Attorney General; and ROBERT S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation; | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| Respondents. | |

   Petitioner, by and through his attorneys of record, and respondents, by and through their

attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

entitled action without prejudice in light of the fact that the United States Citizenship and

Immigration Services has agreed to approve the petitioner's application for naturalization within 30

STIPULATION TO DISMISS
C07-1799 RMW              1

1 days of the dismissal of this action, provided the petitioner has not and does not commit a

2 disqualifying act in the interim. Subject to the above, if the petitioner's application for

3 naturalization is not approved within 30 days of dismissal of this action, petitioner may resume this

4 action with this Court.

5     Each of the parties shall bear their own costs and fees.

6 Date: June 4, 2007                Respectfully submitted,

7                                     SCOTT N. SCHOOLS
                                    United States Attorney

8

9

10                                     EDWARD A. OLSEN
                                    Assistant United States Attorney

11                                     Attorneys for Respondents

12

13

14 Date: June 1, 2007

15                                     MARC VAN DER HOUT
                                    BETH FEINBERG

16                                     Attorneys for Petitioner

17                            **ORDER**

18     Pursuant to stipulation, IT IS SO ORDERED.

19

20 Date: 6/21/07

21                                     RONALD M. WHYTE
                                    United States District Judge

22

23

24

25

26

27

28

STIPULATION TO DISMISS
C07-1799 RMW                           2